SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANELL PLEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:25-cv-713-JAD-BNW<br><br>**Stipulation and Order to Dismiss without Prejudice** |

　　　　Plaintiff Janell Plein and Defendant United States of America, through their undersigned counsel, stipulate that this action may be dismissed without prejudice, each party to bear its own costs and attorney's fees.

　　　　Respectfully submitted this 23rd day of September 2025.

| | |
|---|---|
| SIN CITY LAW | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Jacob G. Leavitt* | */s/ Cybill L. Dotson* |
| JACOB G. LEAVITT | CYBILL L. DOTSON |
| *Attorneys for Plaintiff* | *Assistant United States Attorney* |

### ORDER

　　Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2025